[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12689

Non-Argument Calendar

_____

NICOLAS SAINT SURIN,

                                                            Petitioner,

*versus*

U.S. ATTORNEY GENERAL,

                                                            Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A200-456-785

_____

Before ROSENBAUM, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

Nicholas Saint Surin seeks review of the Board of Immigration Appeal's ("BIA") June 26, 2024 order finding that he withdrew his appeal from an Immigration Judge's decision denying asylum and ordering removal. The government moves to dismiss the petition for review for lack of jurisdiction. Surin has not filed a response to the motion, but he has filed a motion for stay of removal.

The 30-day time limit required Surin to file a petition of review of the BIA's June 26, 2024 order by July 26, 2024. *See* 8 U.S.C. § 1252(b)(1). Surin's petition for review was not filed until August 12, 2024 at the earliest, which is the date that he signed it. *See* Fed. R. App. P. 25(a)(2)(A)(iii). Thus, the petition is untimely and cannot invoke this Court's jurisdiction. *See* 8 U.S.C. § 1252(b)(1); *Stone v. INS*, 514 U.S. 386, 405 (1995); *Chao Lin v. U.S. Att'y Gen.*, 677 F.3d 1043, 1045 (11th Cir. 2012).

Accordingly, the government's motion to dismiss is GRANTED and this appeal is DISMISSED for lack of jurisdiction. All other pending motions are DENIED as moot.